Benjamin Pierce
1787 Legal Group
4400 North Scottsdale Road, Suite 9277
Scottsdale, Arizona 85251
Bar No. 035096
Email: ben@1787legalgroup.com
Phone: (480) 718-3137
*Attorney for Respondent*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Volkswagen Group of America, Inc.,<br><br>Movant,<br><br>v.<br><br>Pravati Capital, LLC,<br><br>Respondent. | N. 2:25-mc-00038-JJT<br><br>PRAVATI CAPITAL LLC'S NOTICE OF SUBSTITUTION OF COUNSEL<br><br>HON. JOHN J. TUCHI |

PLEASE TAKE NOTICE that Pravati Investment Fund IV, LP hereby substitutes the following attorney as counsel of record in place of prior counsel in the above referenced case:

Outgoing Counsel:
Troy Roberts
Pravati Capital, LLC
4400 N. Scottsdale Road #9277
Scottsdale, AZ 85251
Troyroberts74@hotmail.com
troy@pravaticapital.com

Incoming Counsel:
Benjamin Pierce, Esq.
1787 Legal Group, LLC
7154 E. Stetson Drive #210
Scottsdale, AZ 85251
ben@1787legalgroup.com

Effective as of October 28, 2025, all further notices, pleadings, correspondence, and service of documents should be directed to incoming counsel.

Respectfully submitted this 28th day of October 2025.

Benjamin Pierce

Benjamin Pierce, Esq,
*Attorney for Pravati*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on or about October 28, 2025, copies of the foregoing Corporate Disclosure of Movant Pravati Capital, LLC to be served via the Court's ECF System and by U.S. Mail, postage prepaid on October 28, 2025 to the following:

**Mitchell Lee Turbenson**
Ballard Spahr LLP
1 E Washington St., Ste. 2300
Phoenix, AZ 85004-2555
(602) 798-5400
Email: turbensonm@ballardspahr.com
*Attorney for Defendant*

*/s/ Ivan Mora*