Benjamin Pierce
1787 Legal Group
4400 North Scottsdale Road, Suite 9277
Scottsdale, Arizona 85251
Bar No. 035096
Email: ben@1787legalgroup.com
Phone: (480)-718-3137
*Attorney for Respondent*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Volkswagen Group of America, Inc.,<br><br>Movant,<br><br>v.<br><br>Pravati Capital, LLC,<br><br>Respondent. | N. 2:25-mc-00038-JJT<br><br>PRAVATI CAPITAL LLC'S EX PARTE APPLICATION FOR SUBSTITUTION OF COUNSEL WITH CLIEN CONSENT UNDER LRCIV 83.3(B)(1)<br><br>HON. JOHN J. TUCHI |

Respondent Pravati Capital, LLC, by and through undersigned counsel, hereby submits this Ex Parte Application for Substitution of Counsel pursuant to Local Rule of Civil Procedure 83.3(b)(1).

Counsel respectfully requests that the Court substitute Benjamin Pierce, of 1787 Legal Group, LLC as counsel of record in place of Troy Roberts, formerly of Pravati Capital, LLC. Mr. Roberts is no longer employed by Pravati Capital, LLC and was erroneously listed as counsel of record in this matter.

Pursuant to LRCiv 83.3(b)(1), substitution of counsel may be made by written consent of the client and the attorney's involved and need not be noticed for hearing. A declaration from the client, Pravati Capital, LLC, approving the substitution of counsel

and consenting to representation by 1787 Legal Group, LLC, is attached hereto as Exhibit A.

Accordingly, it is respectfully requested that the Court enter the accompanying proposed order substituting Benjamin Pierce of 1787 Legal Group, LLC as counsel of Record for Pravati Capital, LLC in place of Troy Roberts.

Respectfully submitted this 12th day of November 2025.

Benjamin Pierce

Benjamin Pierce, Esq,
*Attorney for Pravati*

# CERTIFICATE OF SERVICE

I certify that on the 12th day of November, 2025, I electronically transmitted a PDF version of this document to the Office of the Cler of the Court, using the CM/ECF System for the filing and transmittal of a Notice of Electronic filing to all CM/ECF registrants listed for this matter.

I further certify that on the 12th day of November, 2025 I sent an email of the foregoing to:

Mitchell Lee Turbenson,
Ballard Spahr LLP,
1 E. Washington St., Ste. 2300
Phoenix, AZ
85004
turbensonm@ballardspahr.com
602-798-5400

By: */s/ Benjamin Pierce*